# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES HOWER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>　　　　　　Defendant. | 8:23CV206<br><br>**AMENDED<br>TRIAL SETTING ORDER** |

　　　This matter is before the Court following a telephonic hearing held with counsel for the parties on August 13, 2025, before the undersigned magistrate judge on the parties' Joint Motion to Modify Trial Setting Order (Filing No. 56). In accordance with the matters discussed during the telephonic hearing and for good cause shown,

　　　**IT IS ORDERED** that the Joint Motion to Modify Trial Setting Order (Filing No. 56) is granted as follows:

1) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **November 17, 2025**.

2) The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is extended to **November 17, 2025**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **December 1, 2025**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **December 1, 2025**.

4) The deadline for filing motions to dismiss and motions for summary judgment is extended to **January 5, 2026**.

5) The Final Pretrial Conference is rescheduled to be held before the undersigned magistrate judge on **May 4, 2026**, at **10:00 a.m.**, and will be conducted by video conferencing. Video conference instructions are located at Filing No. 53. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on April 27, 2026**.

6)     The jury trial of this case rescheduled and set to commence before Brian C. Buescher, United States District Judge, in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **June 8, 2026**, or as soon thereafter as the case may be called, for a duration of **five (5)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

7)     Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than **twenty-eight (28)** days before trial.

8)     The parties are ordered to comply with **Judge Buescher's** Civil Jury Trial Practices posted at https://www.ned.uscourts.gov/attorney/judges-information.

Dated this 13th day of August, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge